# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK COLSTON and
TAMMIE JANIS

        Plaintiffs,

v.

ROBERT LIEBECK, STEVE LIEBECK, and CHELSEA HOMETOWN SERVICES,

        Defendants.

Case No. 15-14314
Hon. Terrence G. Berg
Hon. Mona K. Majzoub

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 97)

This matter is before the Court on Magistrate Judge Mona K. Majzoub's January 29, 2018 Report and Recommendation, Dkt. 97, recommending that Plaintiffs' Motions for Default Judgment (Dkts. 90, 91, and 92) be **GRANTED IN PART** and **DENIED IN PART** through the entry of a default judgment against Defendants in the amount of $40,000.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve

and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of January 29, 2018 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of August 29, 2017 is **ACCEPTED** and **ADOPTED**.

**SO ORDERED.**

Dated: March 22, 2018          s/Terrence G. Berg
                               TERRENCE G. BERG
                               UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on March 22, 2018.

                               s/A. Chubb
                               Case Manager